# Crittenden *v.* The State.

*Carrying Concealed Weapon.*

(Decided Feb. 17, 1906.   40 So. Rep. 217.)

APPEAL from Pike Law Court.

Heard before Hon. A. H. Owens.

No counsel marked for appellant.

MASSEY WILSON, Attornel General, for the State.

Affirmed.

Opinion by DOWDELL, J.

HARALSON, SIMPSON, ANDERSON and DENSON, JJ., concur.

---

# Mosely, *et al. v.* Hudson, *et al.*

*Action for Damages for Allowing Stock to Run at Large.*

(Decided Feb. 17, 1906.   40 So. Rep. 217.)

APPEAL from Dale Circuit Court.

Heard before Hon. A. A. EVANS.

SOLLIE & KIRKLAND, for appellant.

J. E. ACKER and H. B. STEAGALL, for appellee.

Reversed and remanded.

Opinion by DOWDELL, J.

HARALSON, SIMPSON, ANDERSON and DENSON, JJ., concur.

---

# American Soda Fountain Co., *v.* Blue, *et al.*

*Assumpsit.*

(Decided Feb. 6, 1906.   40 So. Rep. 218.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

SOLLIE & KIRKLAND, for appellant.

RILEY & WILKERSON and B. DIXON ARMSTRONG, for appellee.

Reversed and remanded.

Opinion by HARALSON, J.

TYSON, DOWDELL, ANDERSON and DENSON, JJ., concur.